No. 72–5388. ROBINSON *v.* WAINWRIGHT, CORREC-

TIONS DIRECTOR.   Motion for leave to file petition for writ of habeas corpus denied.